# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **KAITLYN BARNHART,** <br><br> Defendant. | 18-PO-5098-JTJ <br><br> **VIOLATION: 6028206** <br> **Location Code: M13** <br><br> **ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that VN 6028206 is DISMISSED.

DATED this 24th day of September, 2018.

_____
John Johnston
United States Magistrate Judge